David R. Sugden, Bar No. 218465
dsugden@calljensen.com
Melinda Evans, Bar No. 216594
mevans@calljensen.com
Kent R. Christensen, Bar No. 253815
kchristensen@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel.: (949) 717-3000
Fax: (949) 717-3100

and

Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
NEWPORT TRIAL GROUP
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:  (949) 760-6464
Fax:  (949) 760-6469

Attorneys for Defendant PUBLIC STORAGE

JS 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VASQUEZ and BRETT BALLARD, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　vs.<br><br>PUBLIC STORAGE, a Maryland Corporation,<br><br>　　　　　Defendant | Case No.  CV10-02939 DSF (ANx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Complaint Filed: April 20, 2010
Trial Date: None Set

The parties having so stipulated, and good cause appearing, the Court orders that the above-captioned action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 14, 2010    By: _____
HONORABLE DALE S. FISCHER